IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JESSIE McCURLEY                                                                      PLAINTIFF

v.                                         4:07CV00516 GTE

KARLA McGAUGH                                                                      DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim. The relief sought is denied.

The Court hereby certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal taken from this Judgment and accompanying Memorandum and Order dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 30th day of May, 2007.


　　　　　　　　　　　　　　　　　　　　　　　　/s/ Garnett Thomas Eisele
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge